M. ARTHUR HELFHAT, Respondent, *v.* J. NORMAN WHITEHOUSE et al., Copartners, under the Firm Name of WHITEHOUSE & Co., Appellants.

(Submitted March 14, 1932; decided March 22, 1932.)

Motion by appellants for reargument of motion to compel restitution denied.

Motion by appellants for a resettlement of the order

of this court dated February 16, 1932, granted; return of said order requested and when returned it will be amended so as to provide that restitution is not ordered as against the attorneys.

Motion by respondent for reargument of motion made by appellants for order of restitution or resettlement of said order denied. (See 258 N. Y. 608.)